UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEFFREY GEITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  4:20-CV-00394-SRC |
| ) | |
| ANDREW SAUL, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Plaintiff Jeffrey Geitz brings this action seeking judicial review of an adverse decision of the Social Security Administration.  The Commissioner of Social Security has not yet answered Plaintiff's Complaint.  The Commissioner now moves to stay this action, averring that the Social Security Administration's response to the global COVID-19 pandemic and resulting public health guidance and directives has caused it to suspend in-office services to the public, which includes the production of the administrative records required to adjudicate Social Security appeals such as this one.  The Commissioner therefore requests that this action be stayed until such time as he is able to produce a certified transcript of the record.  Plaintiff does not object to the motion.

Upon consideration, the Court denies the Commissioner's request to indefinitely stay this matter, but will grant him additional time to answer Plaintiff's Complaint and submit the required administrative record.  If the Commissioner later determines that additional time is required, he shall so advise the Court.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Commissioner of Social Security's Motion for Stay of Proceedings [9] is **DENIED**.

**IT IS FURTHER ORDERED** that the Commissioner is granted sixty (60) days from the date of this Order, to and including **August 10, 2020**, to answer Plaintiff's Complaint and submit the administrative record.  In the event the administrative record is unable to be prepared and filed by this date, the Commissioner shall file a status report so stating no later than **August 3, 2020**.

**IT IS FURTHER ORDERED** that, in the interim, the parties are directed to confer in good faith regarding the possible creation of a stipulated record.

So Ordered this 11th day of June, 2020.

_____
STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE